IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA – SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 09-00972-BCG7 |
| ROBERT ALLEN HULSEY | ) | CHAPTER 7 |
|    DEBTOR, | ) | |

_____

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE | ) | |
| CORPORATION, | ) | |
|    PLAINTIFF, | ) | |
| | ) | |
| Vs. | ) | ADVERSARY NO.: 11-00001-BGC |
| | ) | |
| ROBERT ALLEN HULSEY | ) | |
|    DEFENDANT. | ) | |

**AMENDED DEFAULT JUDGMENT**

    A complaint was filed by Plaintiff, American Honda Finance Corp., against the Debtor-Defendant, Robert Allen Hulsey, on January 6, 2011. A pretrial conference was held on February 23, 2011. Michael Bybee for Kent McPhail, the attorney for the Plaintiff, appeared. The Debtor-Defendant did not appear. The hearing was continued to March 30, 2011.

    On February 28, 2011, the Plaintiff filed a Motion for Default Judgment. A hearing was held on that motion on March 30, 2011. Mr. Bybee appeared. The Debtor-Defendant did not appear.

    Based on the pleadings, it is ORDERED, ADJUDGED, and DECREED that DEFAULT JUDGMENT be and hereby is entered against the Debtor-Defendant ROBERT ALLEN HULSEY, in favor of Plaintiff, AMERICAN HONDA FINANCE CORPORATION in the total amount of $29,285.83, that this debt is nondischargeable in this or any future Bankruptcy.

    Dated: June 13, 2011                    /s/Benjamin Cohen
                                                      BENJAMIN COHEN
                                                      United States Bankruptcy Judge

ORDER PREPARED BY KENT D. MCPHAIL, P O BOX 870, MOBILE AL 36601 (251) 438-2333